IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

LESA COMPTON, et al.,

        Plaintiffs,

v.                                              CIVIL ACTION NO.   2:17-cv-04051

MINGO COUNTY BOARD OF EDUCATION,

        Defendant.

**ORDER**

For the reasons discussed more fully on the record in the settlement conference held on May 23, 2018, (ECF No. 12), the Court **GRANTS** the Parties' joint motion for permission to settle. (ECF No. 9.)   The Court further **DIRECTS** the Clerk to remove this case from the Court's docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:        October 11, 2018

_____
THOMAS E. JOHNSTON, CHIEF JUDGE